FILED

2017 NOV 21 PM 3: 11

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:17-cr-551-T-27TGW

21 U.S.C. § 841(a)(1)

WILLIAM OHRMUND, a/k/a
"BILLY THE KID"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 2, 2016, in the Middle District of Florida, and elsewhere, the defendant,

WILLIAM OHRMUND, a/k/a "BILLY THE KID,"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

### FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

*T:\_Cases\Criminal Cases\O\Ohrnmund, William_2017R02631_NHA\f_Indictment_Ohrnmund.docx*

3

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM OHRMUND,
a/k/a "BILLY THE KID"

## INDICTMENT

Violations: Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 21st day of November, 2017.

_____
Clerk

Bail $_____